**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

API, Inc. Asbestos Settlement Trust,

      Plaintiff,                          Civil No. 09-665 (RHK/JJG)

vs.                                         **DISQUALIFICATION AND**
                                              **ORDER FOR REASSIGNMENT**

Atlantic Mutual Insurance Company,

      Defendant.

      The above-entitled matter has been assigned to the undersigned, a Judge of the above Court.  Pursuant to Title 28, United States Code § 455, the undersigned recuses himself from hearing this matter.  Accordingly,

      **IT IS HEREBY ORDERED,** that pursuant to this Court's Assignment of Cases Order dated December 1, 2008, the above-captioned action shall be resubmitted to the Clerk of Court for reassignment.

      **IT IS FURTHER ORDERED,** that a copy of this Order shall be filed in the above-captioned case.

Dated:  March 27, 2009

                                                  s/Richard H. Kyle
                                                  RICHARD H. KYLE
                                                  United States District Judge