# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

---

| | |
|---|---|
| API, INC. ASBESTOS SETTLEMENT TRUST, | Civil No. 09-0665 (JRT/JJG) |
| Plaintiff, | |
| v. | **ORDER** |
| ATLANTIC MUTUAL INSURANCE COMPANY, | |
| Defendant. | |

---

John Faricy, Jr. and Vadim Trifel, **FARICY LAW FIRM, PA**, 333 South Seventh Street, Suite 2320, Minneapolis, MN 55402, for plaintiff.

Jeffrey Mulder, John Anderson, and Robin Williams, **BASSFORD REMELE, PA,** 33 South Sixth Street, Suite 3800, Minneapolis, MN 55402, for defendant.

This matter is before the Court on defendant's request for leave to exceed the 12,000 word count limitation in their upcoming motion for summary judgment [Docket No. 63].

Based upon all the files, records, and proceedings herein, **IT IS HEREBY ORDERED** defendant's request is GRANTED**.** The briefing limit for the defendant's opening and reply brief shall not exceed 17,000 words total.

DATED: July 9, 2010
at Minneapolis, Minnesota.

                                                                          _____ s/ John R. Tunheim _____
                                                                             JOHN R. TUNHEIM
                                                                      United States District Judge